UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08696
  ANITA L MCNABB
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-3543

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/11/2007 and was confirmed 06/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 09/04/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PRAIRIE TRAIL CU | SECURED VEHIC | 11887.00 | 1092.71 | 2772.42 |
| CENTRIX RESOURCE SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CHICAGO HEIGHTS WATER DE | SECURED | 1800.00 | .00 | 450.00 |
| CONSUMER PORTFOLIO SERV | SECURED VEHIC | 7150.00 | 657.07 | 1669.63 |
| CONSUMER PORTFOLIO SERV | UNSECURED | 3960.38 | .00 | .00 |
| CAB SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CUBSA INC | UNSECURED | 211.00 | .00 | .00 |
| DEPENDON COLLECTIONS SER | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSECURED | NOT FILED | .00 | .00 |
| NCO MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 180.72 | .00 | .00 |
| COREY B MCNABB | NOTICE ONLY | NOT FILED | .00 | .00 |
| RJM AQUISITIONS FUNDING | UNSECURED | 47.45 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 232.70 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,434.00 | | 2,698.87 |
| TOM VAUGHN | TRUSTEE | | | 728.62 |
| DEBTOR REFUND | REFUND | | | 323.08 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               10,392.40

PRIORITY                                      .00
SECURED                                  4,892.05
     INTEREST                            1,749.78
UNSECURED                                     .00
ADMINISTRATIVE                           2,698.87

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08696 ANITA L MCNABB

```
TRUSTEE COMPENSATION                                     728.62
DEBTOR REFUND                                            323.08
                          ---------------        ---------------
TOTALS                         10,392.40              10,392.40
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/29/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE